UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 04120
  PERRY J TESAR
  URSULA TESAR                             CHAPTER 13

                                           JUDGE: BRUCE W BLACK
       Debtor
  SSN XXX-XX-1288    SSN XXX-XX-8401
```

------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/08/05 and confirmed on 04/14/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 122400.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | 57185.27 | .00 | 57185.27 |
| COUNTRYWIDE FINANCIAL | SECURED | 19960.64 | .00 | 19960.64 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 16650.00 | 1548.42 | 16650.00 |
| FIFTH THIRD BANK | SECURED VEHIC | 4429.08 | 411.89 | 4429.08 |
| BECKET & LEE LLP | UNSECURED | 16916.76 | .00 | 2302.88 |
| BECKET & LEE LLP | UNSECURED | 13583.69 | .00 | 1849.15 |
| BECKET & LEE LLP | UNSECURED | 12170.92 | .00 | 1656.83 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12095.17 | .00 | 1646.51 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10805.13 | .00 | 1470.90 |
| B FIRST LLC | UNSECURED | 12805.13 | .00 | 1743.16 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 11035.08 | .00 | 1502.20 |
| FLEET CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 4915.81 | .00 | 669.19 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1836.82 | .00 | 250.05 |
| NORDSTROM FSB | UNSECURED | 908.54 | .00 | 123.68 |
| VON MAUR | UNSECURED | 420.94 | .00 | 57.30 |
| WELLS FARCO FINANCIAL IN | UNSECURED | 850.36 | .00 | 115.76 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 1895.59 | .00 | 1895.59 |
| CAPITAL ONE AUTO FINANCE | UNSECURED | 1261.23 | .00 | 171.69 |

         Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 100120.58 | .00 | 99605.58 | .00 | 199726.16 |

```
PRINCIPAL PAID         100120.58              .00        13559.30              .00       113679.88
INTEREST PAID            1960.31              .00             .00              .00         1960.31
TOTAL PAID             102080.89              .00        13559.30              .00       115640.19
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00 and was paid $   1000.00  direct and $   1700.00  through the plan.

The Trustee received $   5059.81 .

Refunds to the Debtor totaled $        .00 .

  Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 05/21/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE